[No. 11929.   Department One.   June 25, 1914.]

THE STATE OF WASHINGTON, *on the Relation of Northern Pacific Railway Company, Plaintiff*, v. THE SUPERIOR COURT FOR SPOKANE COUNTY, *Respondent*.[1]

CERTIORARI—WHEN LIES—ADEQUATE REMEDY BY APPEAL. Certiorari does not lie when there is an adequate remedy by appeal.

Application filed in the supreme court March 28, 1914, for a writ of certiorari to review a judgment of the superior court for Spokane county, Huneke, J.   Writ denied.

*Cannon, Ferris & Swan*, for relator.

*A. O. Colburn* and *Luby & Pearson*, for respondent.

PER CURIAM.—This is an application for a writ of review. Inasmuch as we have held that the relator has an adequate remedy by appeal, the application for the writ is denied. *Burke v. Northern Pac. R. Co., ante* p. 188, 141 Pac. 364; Rem. & Bal. Code, § 1002 (P. C. 81 § 1729); *Jones v. Paul*, 56 Wash. 355, 105 Pac. 625.

[1]Reported in 141 Pac. 365.